UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST BUY PRODUCE, INTERNATIONAL, INC., a California corporation; and JJ PRODUCE AND TRADING, INC., a California Corporation d/b/a LAU PRODUCE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PRODUCELAND AND TRADING, INC., a California corporation d/b/a DYNASTY PRODUCE & TRADING; CDY INVESTMENT, LLC, a California limited liability company; PETER CHAN a/k/a PETER JANSUN CHAN, an individual; and JOSEPHINE TSE a/k/a JOSEPHINE LEE, an individual,<br><br>Defendants | CASE NO. 2-24-cv-03207-SPG-MAR<br><br>**JUDGMENT AGAINST CDY INVESTMENT, LLC PURSUANT TO STIPULATION [ECF NO. 44]** |

    Having read and considered the Parties' STIPULATION FOR ENTRY OF JUDGMENT AND DISMISSAL OF CASE (the "Stipulation") filed concurrently herewith and good cause appearing therefore,

///

///

///

JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs BEST BUY PRODUCE INTERNATIONAL, INC.; and JJ PRODUCE AND TRADING, INC., d/b/a LAU PRODUCE, INC., in the amount of $175,000.00 against Defendant CDY INVESTMENT, LLC.

**IT IS SO ADJUDGED AND ORDERED.**

Dated:   November 10, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE