# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST BUY PRODUCE, INTERNATIONAL, INC., a California corporation; and JJ PRODUCE AND TRADING, INC., a California Corporation d/b/a LAU PRODUCE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PRODUCELAND AND TRADING, INC., a California corporation d/b/a DYNASTY PRODUCE & TRADING; CDY INVESTMENT, LLC, a California limited liability company; PETER CHAN a/k/a PETER JANSUN CHAN, an individual; and JOSEPHINE TSE a/k/a JOSEPHINE LEE, an individual,<br><br>Defendants | CASE NO. 2-24-cv-03207-SPG-MAR<br><br>**JUDGMENT AGAINST PRODUCELAND AND TRADING INC. PURSUANT TO STIPULATION [ECF NO. 44]** |

    Having read and considered the Parties' STIPULATION FOR ENTRY OF JUDGMENT AND DISMISSAL OF CASE (the "Stipulation") filed concurrently herewith and good cause appearing therefore,

    JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs BEST BUY PRODUCE INTERNATIONAL, INC.; and JJ PRODUCE AND TRADING, INC., d/b/a LAU PRODUCE, INC., in the amount of $446,169.46 against Defendant PRODUCELAND

AND TRADING, INC., d/b/a DYNASTY PRODUCE & TRADING, all of which qualifies for trust protection under the trust provision of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*].

**IT IS SO ADJUDGED AND ORDERED.**

Dated: November 10, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE