UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST BUY PRODUCE, INTERNATIONAL, INC., a California corporation; and JJ PRODUCE AND TRADING, INC., a California Corporation d/b/a LAU PRODUCE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PRODUCELAND AND TRADING, INC., a California corporation d/b/a DYNASTY PRODUCE & TRADING; CDY INVESTMENT, LLC, a California limited liability company; PETER CHAN a/k/a PETER JANSUN CHAN, an individual; and JOSEPHINE TSE a/k/a JOSEPHINE LEE, an individual,<br><br>Defendants | CASE NO. 2-24-cv-03207-SPG-MAR<br><br>**ORDER APPROVING STIPULATION FOR ENTRY OF JUDGMENT AND DISMISSAL OF CASE [ECF NO. 44]** |

Having read and considered the Parties' Agreement and Stipulation For Entry of Judgment and Dismissal of Case ("Stipulation"), and good cause appearing therefor:

IT IS HEREBY ORDERED that the Stipulation is approved in its entirety;

IT IS HEREBY FURTHER ORDERED that Judgment shall be entered against Defendants PRODUCELAND AND TRADING, INC., d/b/a DYNASTY PRODUCE &

- 2 -

TRADING and CDY INVESTMENT, LLC in the form requested by the parties in the Stipulation;

    IT IS HEREBY FURTHER ORDERED that upon the entry of Judgment as described above, the case is dismissed as to Defendants PETER CHAN a/k/a PETER JANSUN CHAN and JOSEPHINE TSE a/k/a JOSEPHINE LEE with prejudice.

    **IT IS SO ORDERED.**

Dated: November 10, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE